UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-01-180 LKK

    Plaintiff,

  v.

        O R D E R

RICHARD E. MARKS,

    Defendant.
_____/

    The court is in receipt of what purports to be a motion under 28 U.S.C. § 2255, filed by the above defendant on September 29, 2005. To the extent this motion is cognizable at all, it is denied for want of a colorable issue.

    IT IS SO ORDERED.

    DATED: October 4, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT