UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RICHARD E. MARKS,

        Defendant.
_____/

NO. CR. S-01-180 LKK

O R D E R

    The court is in receipt of movant's motion for the issuance of a certificate of appealability.  The motion is denied.  No certificate of appealability will issue as movant's claims have no basis in either law or logic.

    IT IS SO ORDERED.

    DATED: January 18, 2006.

                                 /s/Lawrence K. Karlton
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT